# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JESSICA M. WATSON            :            CHAPTER 13
                                     :
       **Debtor**                    :            NO. 19-17045'

## ORDER

AND NOW, this                day of                    , 2019, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an additional sixteen (16) days for a total of thirty

(30) from the date of filing, **or until December 7, 2019** in which to file the Debtors' Schedules,

Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

        **Date: November 26, 2019**

                                     _____
                                                          J.


Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA    19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtor