United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jessica M. Watson
      Debtor

Case No. 19-17045-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi       Page 1 of 1      Date Rcvd: Nov 26, 2019
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db               +Jessica M. Watson,    207 N. Broad Street,    Nazareth, PA 18064-1506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
       PAUL H. YOUNG    on behalf of Debtor Jessica M. Watson support@ymalaw.com,   ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                         TOTAL: 4

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  JESSICA M. WATSON            :            CHAPTER 13
                                                     :
         **Debtor**                              :            NO. 19-17045'

<u>**ORDER**</u>

AND NOW, this              day of                  , 2019, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an additional sixteen (16) days for a total of thirty

(30) from the date of filing, **or until December 7, 2019** in which to file the Debtors' Schedules,

Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

        **Date: November 26, 2019**

                                               _____
                                                                                    J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA    19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtor