# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Jessica M. Watson | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-17045AMC |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/8/19 and 2 extensions of time until 12/7/19 and 12/13/19, this case

is hereby DISMISSED.

**Date: December 16, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement due 11/21/2019
Schedules AB-J due 11/21/2019
Statement of Financial Affairs due 11/21/2019
Summary of Assets and Liabilities Form B106 due 11/21/2019 Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1(old)Due 11/21/2019 Means Test Calculation Form 122C-2 - <I>If Applicable</I>

bfmisdoc