United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17045-amc
Jessica M. Watson                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Randi              Page 1 of 2              Date Rcvd: Dec 16, 2019
                            Form ID: pdf900          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.
```
db              +Jessica M. Watson,    207 N. Broad Street,    Nazareth, PA 18064-1506
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14418883        +Americollect Inc,    P.o. Box 1654,    Green Bay, WI 54305-1654
14418884        +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
14440066         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14418889        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
14418892        +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14418894         Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
14418895        +Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
14428389        +Quicken Loans Inc.,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14418898        +Receivables Management,    1312 W Westridge Blvd,    Greensburg, IN 47240-3251
14418899        +Security Credit Servic,    306 Enterprise Drive,    Oxford, MS 38655-2762
14418901         Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2019 03:45:41
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 17 2019 03:46:08     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14418882         E-mail/Text: ebn@americollect.com Dec 17 2019 03:46:03     Americollect Inc,
                  1851 S Alverno Road,    Manitowoc, WI 54221
14418881        +E-mail/Text: bky@americanprofit.net Dec 17 2019 03:46:07     American Profit Recove,
                  34505 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-3288
14418885        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 17 2019 03:51:28
                  Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
14418886        +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 17 2019 03:46:39     Credit Coll,
                  Po Box 607,    Norwood, MA 02062-0607
14422136         E-mail/Text: mrdiscen@discover.com Dec 17 2019 03:45:33     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14418887        +E-mail/Text: mrdiscen@discover.com Dec 17 2019 03:45:33     Discover Fin Svcs Llc,    Pob 15316,
                  Wilmington, DE 19850-5316
14418888        +E-mail/Text: bknotice@ercbpo.com Dec 17 2019 03:46:00     Enhanced Recovery Co L,
                  Po Box 57547,    Jacksonville, FL 32241-7547
14418890        +E-mail/Text: bankruptcy@flagshipcredit.com Dec 17 2019 03:46:04     Flagship Credit Accept,
                  Po Box 3807,    Coppell, TX 75019-5877
14418891         E-mail/Text: ben.meyer@gcu.edu Dec 17 2019 03:45:31     Grand Canyon Universit,
                  3300 W Camelback Rd,    Phoenix, AZ 85017
14418893        +E-mail/Text: bncnotices@becket-lee.com Dec 17 2019 03:45:34     Kohls/capone,    Po Box 3115,
                  Milwaukee, WI 53201-3115
14427431         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 17 2019 03:50:00     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14431011         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 17 2019 03:51:32     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14418896        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 17 2019 03:51:32     Merrick Bank Corp,
                  Po Box 9201,    Old Bethpage, NY 11804-9001
14428721         E-mail/Text: bnc-quantum@quantum3group.com Dec 17 2019 03:45:40
                  Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                  Kirkland, WA  98083-0788
14418897        +E-mail/Text: bankruptcyteam@quickenloans.com Dec 17 2019 03:46:06     Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
14429933        +E-mail/Text: bankruptcyteam@quickenloans.com Dec 17 2019 03:46:06     Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
14418900        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 17 2019 03:45:30
                  Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 19
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4           User: Randi                Page 2 of 2              Date Rcvd: Dec 16, 2019
                               Form ID: pdf900            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:
```
              PAUL H. YOUNG    on behalf of Debtor Jessica M. Watson support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Jessica M. Watson | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-17045AMC |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/8/19 and 2 extensions of time until 12/7/19 and 12/13/19, this case

is hereby DISMISSED.

**Date: December 16, 2019**

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement due 11/21/2019
Schedules AB‑J due 11/21/2019
Statement of Financial Affairs due 11/21/2019
Summary of Assets and Liabilities Form B106 due 11/21/2019 Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C‑1(old)Due 11/21/2019 Means Test Calculation Form 122C‑2 ‑ <I>If Applicable</I>

bfmisdoc